# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: B.W., A MINOR | : No. 43 WAL 2020 |
| | : |
| | : |
| PETITION OF: S.L.A., BIOLOGICAL MOTHER | : Petition for Allowance of Appeal : from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht notes his dissent.